UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL MARITIME INVESTMENTS LTD.,

           Plaintiff,

- against -            08 Civ 6430 (PKL)

AGRENCO ROMA a/k/a AGRENCO ITALIA SpA
a/k/a AGRENCO ITALY, AGRENCO GROUP,
and AGRENCO SA,

           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

## ORDER TO UNSEAL CASE

This Court ordered on July 17, 2008, pursuant to Plaintiff's motion that this case be sealed. Upon application of the Plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
July 24, 2008

SO ORDERED

*[signature]*
Hon. Peter K. Leisure
United States District Judge