UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GLOBAL MARINE INVESTMENTS LTD.,       :
                                      :
                                      :   ECF
                    Plaintiff,        :   **NOTICE OF**
                                      :   **APPEARANCE**
      -against-                       :   08 Civ. 6430 (PKL)
                                      :
                                      :
AGRENCO ROMA a/k/a AGRENCO ITALIA SpA :
a/k/a AGRENCO ITALY, AGRENCO GROUP, and :
AGRENCO SA,                           :
                                      :
                    Defendants.       :
------------------------------------------------------------------x

DEFENDANTS, AGRENCO ROMA a/k/a AGRENCO ITALIA SpA a/k/a AGRENCO ITALY, AGRENCO GROUP, and AGRENCO SA, hereby appear in the within action by their counsel Llorca & Hahn LLP.

Dated: July 31, 2008

_____
Manuel R. Llorca (ML4034)
Llorca & Hahn LLP
8 Watering Lane
Norwalk, CT 06850-4418
Telephone 203 642 7321
Fax 203 642 7322
Email m.llorca@llorcahahn.com