*Return to Cashiers*
*int. bearing acct*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLOBAL MARITIME INVESTMENTS LTD.,

              Plaintiff,

     - against -

AGRENCO ROMA a/k/a AGRENCO ITALIA SpA
a/k/a AGRENCO ITALY, AGRENCO GROUP,
and AGRENCO SA,

              Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08

ECF CASE

08 Civ 6430 (PKL)

**CONSENT ORDER
CONCERNING
ATTACHED FUNDS**



      **WHEREAS**, pursuant to Process of Maritime Attachment and Garnishment, the Plaintiff has attached funds in the amount of $54,318.00 and $139,758.73 at American Express Bank and $207,806.13 at Citibank, and

      **WHEREAS**, the parties have agreed to have such attached funds deposited into the Court Registry Investment System, Interest Bearing Account, to be held as security for the Plaintiff's claim with accruing interest in favor of Defendants pending resolution of the case,

      **NOW, THEREFORE**, on the joint application of the parties hereto, and the premises considered, it is hereby

      **ORDERED,** that in accordance with F.R.Civ.P. 67, Supp.F.R.Civ.P B(3)(a), and Loc.Civ.R. 67.1, the garnishees in this action, American Express Bank and Citibank are directed to deposit forthwith all attached funds in this matter into the Registry of the Court for the Southern District of New York. Payment by the garnishees by way of check is to be make payable to the "Clerk, U.S. District Court, Southern District of New

York" and with the docket number of this action ("08 Civ. 6430 (PKL)") on the face of the check. Alternatively, payment by the garnishees by way of wire transfer is to be made to the Court's Registry at the following account:

Bank:

Routing Number:

Agency Locator:

Comments Field:

**IT IS FURTHER ORDERED** that upon payment to the Clerk of the attached funds that garnishees are discharged from any further obligations as to the Process of Maritime Attachment and Garnishee in this action; and

**IT IS FURTHER ORDERED** that, upon the deposit of the funds in CRIS, the Clerk so advise counsel for the Plaintiff, who, in turn, will advise counsel for the Defendant; and

**IT IS FURTHER ORDERED** that counsel for the Plaintiff shall serve a copy of this Order on the Clerk of the Court and on a Financial Deputy in the Cashier's Office; and

**IT IS FURTHER ORDERED** that the Clerk shall deduct a fee equal to ten percent (10%) of the income earned on the investment but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and

**IT IS FURTHER ORDERED** that nothing in this Order is to be interpreted as constituting a release of this Court's jurisdiction over the attached funds, which jurisdiction shall remain in full force and effect; and

**IT IS FURTHER ORDERED** that the funds held pursuant to this Order will be disbursed as this Court may so direct, with the proviso that interest accruing henceforth shall accrue in favor of Defendants.

Dated: New York, New York
August 19 2008

**SO ORDERED:**

_____
Peter K. Leisure
U.S.D.J.

We respectfully request the granting
of this application:

| LENNON, MURPHY & LENNON, LLC | LLORCA & HAHN, LLP |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

By: _____
Patrick. F. Lennon
Coleen A. McEvoy
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050

By: _____
Manuel R. Llorca
8 Watering Lane
Norwalk, CT 06850-4418
(203) 642-7321